

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

LORI WEINRIB, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONALD P. LOFE, JR.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1405 SI

TO: (Name and address of defendant)

See ATTACHMENT A

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn A. Williams
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
415/288-4545

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAR 1 2 2008

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐      Served Personally upon the Defendant. Place where served:

☐      Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐      Returned unexecuted:

☐      Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                      *Date*
                                              _____
                                                *Signature of Server*

                                                _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## ATTACHMENT A

**The PMI Group, Inc.**
Registered Agent:
Victor J. Bacigalupi
3003 Oak Road
Walnut Creek, CA 94597

**Larry Stephen Smith**
320 South Avenue
Alamo, CA 94507

**David H. Katkov**
161 Tracy Lane
Alamo, Ca 94507

**Donald P. Lofe, Jr.**
332 Pheasant Run Drive
Danville, CA 94506

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.:<br>W2493529 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LORI WEINRIB, etc., et al.

Defendant:
THE PMI GROUP, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>08-CV-1405-SI |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINESNOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : THE PMI GROUP, INC.

By Serving        : WILLIAM LEVINTHAL, Associate General Counsel/Authorized to Accept Service of Process

Address           : 3003 Oak Road, Walnut Creek, California  94597
Date & Time       : Monday, March 17, 2008 @ 2:55 p.m.
Witness fees were : Not applicable.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008         Signature: *Ronald Marcus*
                                        Ronald Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for: **PLAINTIFF** | Ref. No. Or File No.<br>W2493532 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LORI WEINRIB, etc., et al.

Defendant:
THE PMI GROUP, INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-CV-1405-SI |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINESNOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : DAVID H. KATKOV

By Serving        : DAVID H. KATKOV

Address           : 3003 Oak Road , Walnut Creek, California  94597
Date & Time       : Monday, March 17, 2008 @ 3:20 p.m.
Witness fees were : Not applicable.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008

Signature: _Ronald Marcus_
Ronald Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for:  PLAINTIFF | Ref. No. Or File No.<br>W2493533 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
LORI WEINRIB, etc., et al.

Defendant:
THE PMI GROUP, INC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>08-CV-1405-SI |
|---|---|---|---|---|

I, Ronald Marcus                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINESNOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : DONALD P. LOFE, JR.

By Serving        : WILLIAM LEVINTHAL, Associate General Counsel/Authorized to Accept Service of Process

Address           : 3003 Oak Road , Walnut Creek, California  94597
Date & Time       : Monday, March 17, 2008 @ 3:20 p.m.
Witness fees were : Not applicable.

Person serving:                                    a. Fee for service:
Ronald Marcus                                      d. Registered California Process Server
**Wheels of Justice, Inc.**                            (1) Employee or independent contractor
657 Mission Street, Suite 502                         (2) Registration No.: 649
San Francisco, California  94105                      (3) County: Alameda
Phone: (415) 546-6000                                 (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008                    Signature: _Ronald Marcus_
                                                    Ronald Marcus


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SHAWN A. WILLIAMS, ESQ. (213113)<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California  94111 | (415) 288-4545 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2493531 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |

Plaintiff:
LORI WEINRIB, etc., et al.

Defendant:
THE PMI GROUP, INC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>08-CV-1405-SI |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR VIOLATION OF THE SECURITIES LAWS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINESNOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO DIVISION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : L. STEPHEN SMITH

By Serving        : WILLIAM LEVINTHAL, Associate General Counsel/Authorized to Accept Service of Process

Address           : 320 South Avenue , Alamo, California  94507
Date & Time       : Monday, March 17, 2008 @ 3:20 p.m.
Witness fees were : Not applicable.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 649
   (3) County: Alameda
   (4) Expires: 1/31/2010

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 17, 2008                                    Signature: _Ronald Marcus_
                                                                   Ronald Marcus


Printed on recycled paper