GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701
Email:        griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
DHAIVAT H. SHAH (S.B. #196382)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone:  (650) 473-2600
Facsimile:   (650) 473-2601
Email:        mlandy@omm.com
                 dshah@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H.
Katkov and Donald P. Lofe, Jr.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WEINRIB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONALD P. LOFE, JR.,<br><br>Defendants. | Case No. C 08 1405 SI<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE –
CASE NO. C-08-1405 SI

**PROOF OF SERVICE**

I, Marilyne Paul, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 2765 Sand Hill Road, Menlo Park, California 94025. On April 7, 2008, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING AND RELATED MATTERS**

☒ by placing the document(s) listed above in sealed envelopes and depositing the sealed envelopes with the United States Postal Service with postage thereon fully prepaid, addressed as set forth below. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Alan R. Plutzik
L. Timothy Fisher
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

Richard A. Maniskas
D. Seamus Kaskela
David M. Promisloff
**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 7, 2008, at Menlo Park, California.

/s/ Marilyne Paul
―――――――――――――――
Marilyne Paul

MP1:1017411.1