SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

- and -

Richard A. Maniskas, Esq. (*pro hac vice*)
D. Seamus Kaskela, Esq. (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff
Kimberly D. Holt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI WEINRIB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONAL P. LOFE, JR.<br><br>Defendants. | Case No. 08-01405 SI<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES** |

ADMINISTRATAIVE MOTION TO RELATE CASES
55059

1

Plaintiff Kimberly D. Holt hereby moves for consideration of whether *Holt v. The PMI Group, Inc., et al.,* Case No. 08-01806 SC, filed on April 3, 2008, is related to the earlier filed case of *Weinrib v. The PMI Group, Inc., et al*, Case No. 08-01405 SI, filed on March 12, 2008.

Pursuant to Civil L.R. 83-123, these actions are related. They involve substantially the same parties and events. These two actions are brought as class actions arising from some of the same facts and circumstances. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an effective determination of the actions.

Dated: April 7, 2008                    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


                                        _____/s/_____
                                        Alan R. Plutzik

                                        Alan R. Plutzik, Of Counsel
                                        L. Timothy Fisher, Of Counsel
                                        2125 Oak Grove Road, Suite 120
                                        Walnut Creek, California 94598
                                        Telephone: (925) 945-0770
                                        Facsimile: (925) 945-8792

                                                - and -

                                        Richard A. Maniskas, Esq. (*pro hac vice*)
                                        D. Seamus Kaskela, Esq. (*pro hac vice*)
                                        280 King of Prussia Road
                                        Radnor, PA 19087
                                        Telephone: (610) 667-7706
                                        Facsimile: (610) 667-7056

                                        Attorneys for Plaintiff
                                        Kimberly D. Holt

1  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Alan R. Plutzik, Of Counsel (Bar No. 077785)
2  L. Timothy Fisher, Of Counsel (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0770
4  Facsimile: (925) 945-8792

5      - and -

6  Richard A. Maniskas, Esq. (*pro hac vice*)
   D. Seamus Kaskela, Esq. (*pro hac vice*)
7  280 King of Prussia Road
   Radnor, PA 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056

9  Attorneys for Plaintiff
10 Kimberly D. Holt

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| LORI WEINRIB, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE PMI GROUP, INC., L. STEPHEN SMITH, DAVID H. KATKOV and DONAL P. LOFE, JR.<br><br>                              Defendants. | Case No. 08-01405 SI<br><br>**PROPOSED ORDER RE ADMINISTRATIVE MOTION TO RELATE CASES** |

PROPOSED ORDER RE ADMINISTRATAIVE MOTION TO RELATE CASES                    1
55060

1  Having considered the Administrative Motion to Relate Cases pursuant to L.R.3-12(B) filed
2  by Kimberly D. Holt in the above captioned case, to which no opposition has been filed, and good
3  cause showing,
4  IT IS HEREBY ORDERED AS FOLLOWS:
5  *Holt v. The PMI Group, Inc., et al.,* Case No. 08-01806 SC, filed on April 3, 2008, is
6  related to *Weinrib v. The PMI Group, Inc., et al*, Case No. 08-01405 SI, filed on March 12, 2008.

8  Dated: _____, 2008

10  _____
    The Honorable Susan Illston