| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | DARREN J. ROBBINS (168593) |
|   | RAMZI ABADOU (222567) |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 5 | darrenr@csgrr.com |
|   | ramzia@csgrr.com |
| 6 |      – and – |
|   | JEFFREY W. LAWRENCE (166806) |
| 7 | DANIEL J. PFEFFERBAUM (248631) |
|   | 100 Pine Street, Suite 2600 |
| 8 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 9 | 415/288-4534 (fax) |
|   | jeffreyl@csgrr.com |
| 10 | dpfefferbaum@csgrr.com |

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | ) ) ) Master File No. 3:08-cv-01405-SI |
|  | ) CLASS ACTION |
| This Document Relates To: | ) ) CERTIFICATE OF DARREN J. ROBBINS |
|  | ) PURSUANT TO LOCAL RULE 3-7(d) |
|    ALL ACTIONS. | ) ) |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Darren J. Robbins, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 12th day of May, 2008, at San Diego, California.

s/ Darren J. Robbins
DARREN J. ROBBINS

S:\CasesSD\PMI Group\CERT00051186-DJR.doc

CERTIFICATE OF DARREN J. ROBBINS PURSUANT TO LOCAL RULE 3-7(D) - 3:08-cv-01405-SI    - 1 -