1  COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  DARREN J. ROBBINS (168593)
   RAMZI ABADOU (222567)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  darrenr@csgrr.com
   ramzia@csgrr.com
6         – and –
   JEFFREY W. LAWRENCE (166806)
7  DANIEL J. PFEFFERBAUM (248631)
   100 Pine Street, Suite 2600
8  San Francisco, CA  94111
   Telephone:  415/288-4545
9  415/288-4534 (fax)
   jeffreyl@csgrr.com
10 dpfefferbaum@csgrr.com

11 [Proposed] Lead Counsel for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | In re THE PMI GROUP, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 3:08-cv-01405-SI |
   |---|---|---|
15 |  | ) | CLASS ACTION |
   |  | ) |  |
16 | This Document Relates To: | ) ) | CERTIFICATE OF RAMZI ABADOU PURSUANT TO LOCAL RULE 3-7(d) |
17 | ALL ACTIONS. | ) ) |  |

18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(d)**

Pursuant to Northern District Local Rule 3-7(d), I, Ramzi Abadou, declare as follows:

I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 12th day of May, 2008, at San Diego, California.

s/ Ramzi Abadou
RAMZI ABADOU

S:\CasesSD\PMI Group\CERT00051185-RA.doc