1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   SAMUEL M. WARD (216562)
3  sward@barrack.com
   JOHN L. HAEUSSLER (215044)
4  jhaeussler@barrack.com
   402 West Broadway, Suite 850
5  San Diego, CA  92101
   Telephone:  (619) 230-0800
6  Facsimile:   (619) 230-1874

7  BARRACK, RODOS & BACINE
   LEONARD BARRACK
8  DANIEL BACINE
   3300 Two Commerce Square
9  2001 Market Street
   Philadelphia, PA  19103
10 Telephone:  (215) 963-0600
   Facsimile:   (215) 963-0838

11
   Attorneys for Derivative Plaintiff, the Port Authority Of Allegheny County Retirement and
12 Disability Allowance Plan for Employees represented by Local 85 of the Amalgamated Transit
   Union
13
                       UNITED STATES DISTRICT COURT
14
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 In re THE PMI GROUP, INC.        )   Case No.:  C:08-1405 SI
   SECURITIES LITIGATION            )
                                    )   STIPULATION AND [PROPOSED] ORDER
17                                  )   RELATING CASES PURSUANT TO CIVIL
                                    )   LOCAL  RULE  3-12,  AND  EXTENDING
18 _____ )   TIME FOR RESPONSE TO COMPLAINT

19

20

21

22

23

24

25

26

27

28

_____
STIP. & [PROP.] ORDER RELATING CASES AND EXTENDING TIME FOR RESPONSE
Case No.:  C:08-1405 SI

1        The undersigned counsel for plaintiff and defendants in the above-captioned action

2  hereby stipulate and agree, subject to the Court's approval, as follows:

3        1.     WHEREAS, plaintiff, The Port Authority of Allegheny County Retirement and

4               Disability Allowance Plan for Employees Represented by Local 85 of the

5               Amalgamated Transit Union ("ATU 85") commenced this shareholder derivative

6               action against the above-named defendants arising from alleged breaches of

7               fiduciary duties on behalf of nominal defendant The PMI Group, Inc., entitled,

8               *The Port Authority of Allegheny County Retirement and Disability Allowance*

9               *Plan for Employees represented by Local 85 of the Amalgamated Transit Union*

10             *v. L. Stephen Smith, et al.*, in the Northern District of California as Case No.

11             3:08-CV-2046 ("Derivative Action");

12        2.     WHEREAS on April 18, 2008, the Derivative Action was assigned to Judge

13             Maxine M. Chesney;

14        3.     WHEREAS, the Derivative Action arises from or involves similar facts and

15             events and includes some common defendants as two class actions brought under

16             and pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA")

17             that are currently pending before Judge Susan Illston in the United States District

18             Court of the Northern District of California; *Lori Weinrib v. The PMI Group,*

19             *Inc., et al.*, Case No. 08-CV-01405; and *Kimberly D. Holt v. The PMI Group,*

20             *Inc., et al.*, Case No. 08-CV-01806, consolidated as *In re The PMI Group, Inc.*

21             *Securities Litigation*, Case No. C-08-1405-SI ("Securities Class Action");

22        4.     WHEREAS, were the Derivative Action and the Securities Class Action

23             identified in paragraph 3 to be litigated before different judges, substantial

24             duplication of labor may result; and

25        5.     WHEREAS, relation of the Derivative Action to the Securities Class Action

26             without consolidation and assignment of the Derivative Action to the Honorable

27             Susan Illston, the Judge hearing the Securities Class Action, will promote the

28             interests of judicial economy.

1

STIP. & [PROP.] ORDER RELATING CASES PURSUANT TO CIVIL LOCAL RULE 3-12
Case No.:  C:08-1405 SI

1    6.    WHEREAS, the parties agree that defendants' time to respond to plaintiff's

2          complaint should be extended to June 27, 2008.

3    7.    WHEREAS, defendants reserve the right to seek a temporary or permanent stay

4          of this action in favor of other actions brought in this Court or in other forums.

5          Plaintiff likewise reserves the right to argue that this action should not be stayed,

6          and that derivative actions brought in other forums should be stayed.

7   NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

8    1.    In the interest of avoiding undue burden and conserving judicial resources, it is

9          appropriate to conduct the Derivative Action and the Securities Class Action

10         before a single judge.

11   2.    The parties hereby jointly agree to and move for an order relating, without

12         consolidation, the Derivative Action to the Securities Class Action pursuant to

13         Civil Local Rule 3-12.

14   3.    The parties hereby jointly agree to and move for an order pursuant to General

15         Order 44(E)(1) reassigning the above-captioned action to Judge Susan Illston.

16   4.    The parties hereby jointly agree that defendants' time to respond to plaintiff's

17         complaint is extended to June 27, 2008.

18   DATED: May 12,  2008                    Respectfully submitted,

19                                           BARRACK, RODOS & BACINE
                                             STEPHEN R. BASSER
20                                           SAMUEL M. WARD
                                             JOHN L. HAEUSSLER
21

22                                            /s/ Samuel M. Ward
                                                   SAMUEL M. WARD
23

24                                           402 West Broadway, Suite 850
                                             San Diego, CA 92101
                                             Telephone:  (619) 230-0800
25                                           Facsimile:   (619) 230-1874

26                                           Attorneys for Plaintiff, the Port Authority Of
                                             Allegheny County Retirement and Disability
27                                           Allowance Plan for Employees represented
                                             by Local 85 of the Amalgamated Transit
28                                           Union

STIP. & [PROP.] ORDER RELATING CASES PURSUANT TO CIVIL LOCAL RULE 3-12
Case No.:  C:08-1405 SI

1    DATED: May 12,  2008                    O'MELVENY & MYERS, LLP
                                             MEREDITH LANDY
2

3                                            /s/ Meredith N. Landy
                                                 MEREDITH N. LANDY
4
                                             Silicon Valley:
5                                            2765 Sand Hill Road
                                             Menlo Park, CA 94025
6                                            Telephone:  (650) 473-2671
                                             Facsimile:   (650) 473-2601
7
                                             Attorney for Defendants
8
            I, Samuel M. Ward, am the ECF user whose ID and password are being used to file this
9
    Stipulation and [Proposed] Order for Reassignment to the Honorable Susan Illston, Judge,
10
    United States District Court, Northern District of California, Pursuant to Local Rule 3-12.  In
11
    compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred
12
    in this filing.
13
                                             /s/ Samuel M. Ward
14                                               SAMUEL M. WARD

15
                                    **<u>ORDER</u>**
16

17          PURSUANT TO STIPULATION, IT IS ORDERED.
18
19
    DATED: May ___, 2008
20                                           THE HONORABLE SUSAN ILLSTON
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

                                             3
    STIP. & [PROP.] ORDER RELATING CASES PURSUANT TO CIVIL LOCAL RULE 3-12
    Case No.:  C:08-1405 SI