GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
Email:        griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
DHAIVAT H. SHAH (S.B. #196382)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
Email:        mlandy@omm.com
              dshah@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H.
Katkov and Donald P. Lofe, Jr.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.  C 08 1405 SI<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND REMOVING CASE FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)** |

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, the initial complaint in this action was filed on March 12, 2008; |
| 3 | WHEREAS, the Order assigning the action to Judge Illston set an Initial Case |
| 4 | Management Conference for June 20, 2008; |
| 5 | WHEREAS, an Initial Case Management Conference was set for July 18, 2008, in the |
| 6 | related and consolidated action, *Holt v. The PMI Group, Inc. et al.*, Case No. C-08-1806 SI; |
| 7 | WHEREAS, the Order setting the Initial Case Management Conference requires the |
| 8 | parties to comply with various procedures, including initial disclosures, and the filing of a Rule |
| 9 | 26(f) Report and Joint Case Management Conference Statement, in connection with the |
| 10 | Conference; |
| 11 | WHEREAS, this action is subject to the provisions of the Private Securities Litigation |
| 12 | Reform Act of 1995 (the "PSLRA") which requires the appointment of a lead plaintiff and lead |
| 13 | counsel to represent plaintiff, provides for the filing of a consolidated amended complaint by the |
| 14 | lead plaintiff and counsel for the lead plaintiff, and imposes a discovery stay pending resolution |
| 15 | of a motion to dismiss the consolidated amended complaint; |
| 16 | WHEREAS, there has been no appointment of a lead plaintiff or lead counsel in this |
| 17 | action, and no consolidated amended complaint has been filed and discovery remains stayed; |
| 18 | WHEREAS, the parties believe that the procedures to be completed in connection with the |
| 19 | Initial Case Management Conference are incompatible with the requirements of the PSLRA, and |
| 20 | that the scheduling of an Initial Case Management Conference in this action is premature; |
| 21 | WHEREAS, the undersigned parties agree that the case should be removed from the ADR |
| 22 | Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not |
| 23 | believe, at this time, that the Multi-Option program will facilitate resolution of the matter; |
| 24 | WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over |
| 25 | the course of this litigation, and in the event that the parties elect to pursue ADR options, will |
| 26 | contact the Court to provide updates and/or seek guidance as such efforts proceed; |
| 27 | NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully |
| 28 | request that the Court enter an order, as follows: |

1. That the June 20, 2008 Initial Case Management Conference should be taken off calendar;

2. That the July 18, 2008 Initial Case Management Conference should be taken off calendar;

3. That the procedures to be completed in connection with the Initial Case Management Conference should be postponed pending any rescheduling of the Initial Case Management Conference;

4. That the case should be removed from the ADR Multi-Option program.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: June 13, 2008         By:     /s/ Meredith N. Landy
                                     Meredith N. Landy

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov and Donald P. Lofe, Jr.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Dated: June 13, 2008         By:     /s/ Jeffrey W. Lawrence
                                     Jeffrey W. Lawrence

Attorneys for Plaintiffs
Lori Weinrib and Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated

|  |  |
|---|---|
|  | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| Dated: June 13, 2008 | By: /s/ Alan R. Plutzik<br>Alan R. Plutzik |
|  | Attorneys for Plaintiff<br>Kimberly D. Holt, Individually and on Behalf of All Others Similarly Situated |

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Date for Initial Case Management Conference and Removing Case From Automatic Referral to the ADR Multi-Option Program Pursuant to ADR Local Rule 3-3(c). In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence and Alan R. Plutzik have concurred in this filing.

By: /s/ Meredith N. Landy
Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June _____, 2008

The Honorable Susan Illston
United States District Judge

MP1:1020573.2

- 3 -    STIPULATION AND [PROPOSED] ORDER
CASE NO. C 08 1405 SI