GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
Email:        griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
DHAIVAT H. SHAH (S.B. #196382)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
Email:        mlandy@omm.com
              dshah@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov and Donald P. Lofe, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.  C 08 1405 SI<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND REMOVING CASE FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)** |

**STIPULATION**

WHEREAS, the initial complaint in this action was filed on March 12, 2008;

WHEREAS, the Order assigning the action to Judge Illston set an Initial Case Management Conference for June 20, 2008;

WHEREAS, an Initial Case Management Conference was set for July 18, 2008, in the related and consolidated action, *Holt v. The PMI Group, Inc. et al.*, Case No. C-08-1806 SI;

WHEREAS, the Order setting the Initial Case Management Conference requires the parties to comply with various procedures, including initial disclosures, and the filing of a Rule 26(f) Report and Joint Case Management Conference Statement, in connection with the Conference;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA") which requires the appointment of a lead plaintiff and lead counsel to represent plaintiff, provides for the filing of a consolidated amended complaint by the lead plaintiff and counsel for the lead plaintiff, and imposes a discovery stay pending resolution of a motion to dismiss the consolidated amended complaint;

WHEREAS, there has been no appointment of a lead plaintiff or lead counsel in this action, and no consolidated amended complaint has been filed and discovery remains stayed;

WHEREAS, the parties believe that the procedures to be completed in connection with the Initial Case Management Conference are incompatible with the requirements of the PSLRA, and that the scheduling of an Initial Case Management Conference in this action is premature;

WHEREAS, the undersigned parties agree that the case should be removed from the ADR Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not believe, at this time, that the Multi-Option program will facilitate resolution of the matter;

WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over the course of this litigation, and in the event that the parties elect to pursue ADR options, will contact the Court to provide updates and/or seek guidance as such efforts proceed;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1    1. That the June 20, 2008 Initial Case Management Conference should be taken off calendar;

2. That the July 18, 2008 Initial Case Management Conference should be taken off calendar;

3. That the procedures to be completed in connection with the Initial Case Management Conference should be postponed pending any rescheduling of the Initial Case Management Conference;

4. That the case should be removed from the ADR Multi-Option program.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: June 13, 2008    By:    /s/ Meredith N. Landy
    Meredith N. Landy

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov and Donald P. Lofe, Jr.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Dated: June 13, 2008    By:    /s/ Jeffrey W. Lawrence
    Jeffrey W. Lawrence

Attorneys for Plaintiffs
Lori Weinrib and Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated

| | |
|---|---|
| | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| Dated:  June 13, 2008 | By:_____/s/ Alan R. Plutzik_____<br>Alan R. Plutzik |
| | Attorneys for Plaintiff<br>Kimberly D. Holt, Individually and on Behalf of All Others Similarly Situated |

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Date for Initial Case Management Conference and Removing Case From Automatic Referral to the ADR Multi-Option Program Pursuant to ADR Local Rule 3-3(c).  In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence and Alan R. Plutzik have concurred in this filing.

By:  __/s/ Meredith N. Landy_____
Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  June _____, 2008        _____
The Honorable Susan Illston
United States District Judge

Motion to Dismiss set: 11/21/08 @ 9 a.m.

MP1:1020573.2

- 3 -    STIPULATION AND [PROPOSED] ORDER
CASE NO.  C 08 1405 SI