1

2

3

4

5

6

7

8

9

10                              UNITED STATES DISTRICT COURT

11                            NORTHERN DISTRICT OF CALIFORNIA

| 12 | In re THE PMI GROUP, INC. SECURITIES LITIGATION | ) ) | Master File No. 3:08-cv-01405-SI |
|---|---|---|---|
| 13 | | ) ) | CLASS ACTION |
| 14 | This Document Relates To: | ) ) ) | [PROPOSED] ORDER GRANTING LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF THEIR SELECTION OF LEAD COUNSEL |
| 15 | ALL ACTIONS. | ) ) ) | |
| 16 | | ) | |

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Locals 302 and 612 of the International Union of Operating Engineers-

2  Employers Construction Industry Retirement Trust's Motion for Appointment as Lead Plaintiff and

3  for Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause

4  appearing therefore, the Court ORDERS as follows:

5        1.    The Motion is GRANTED;

6        2.    The Court, having considered the provisions of the Private Securities Litigation

7  Reform Act of 1995, hereby appoints Locals 302 and 612 of the International Union of Operating

8  Engineers-Employers Construction Industry Retirement Trust as Lead Plaintiff; and

9        3.    Lead Plaintiff's selection of lead counsel is approved.  Coughlin Stoia Geller Rudman

10  & Robbins LLP is approved as Lead Counsel for the class.

11        IT IS SO ORDERED.

12
DATED: __6/20/08_____    _____
13                          THE HONORABLE SUSAN ILLSTON
                           UNITED STATES DISTRICT JUDGE
14

15  Submitted by:

16  COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
17  DARREN J. ROBBINS
    RAMZI ABADOU
18

19
          s/ Darren J. Robbins
20  _____
          DARREN J. ROBBINS
21  655 West Broadway, Suite 1900
    San Diego, CA  92101
22  Telephone:  619/231-1058
    619/231-7423 (fax)
23

24

25

26

27

28  [PROPOSED] ORDER GRANTING LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF
    OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST'S
    MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF THEIR
    SELECTION OF LEAD COUNSEL - 3:08-cv-01405-SI                           - 1 -

1

COUGHLIN STOIA GELLER
2   RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
3 DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
4 San Francisco, CA  94111
Telephone:  415/288-4545
5 415/288-4534 (fax)

6 [Proposed] Lead Counsel for Plaintiffs

7 S:\CasesSD\PMI Group\ORD00051191-LP.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 [PROPOSED] ORDER GRANTING LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF
OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT TRUST'S
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF THEIR
SELECTION OF LEAD COUNSEL - 3:08-cv-01405-SI                                        - 2 -