UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/20/08

Case No.   C-08-1405 SI           Judge:   SUSAN ILLSTON
(consolidated with: C-08-1806)

Title: IN RE: PMI GROUP

Attorneys: J. Lawrence, M. Landy

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   Motion to Appoint Lead Pltf. and Counsel - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( x ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to     @ **2:30 p.m.** for Further Case Management Conference

Case continued to **11/21/08    @ 9:00 a.m.**   for Motion to Dismiss

Case continued to     @ **3:30 p.m.**  for Pretrial Conference

Case continued to     @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: