1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, California  94111-3305
   Telephone:    (415) 984-8700
4  Facsimile:    (415) 984-8701
   Email:        griley@omm.com
5
   MEREDITH N. LANDY (S.B. #136489)
6  DHAIVAT H. SHAH (S.B. #196382)
   O'MELVENY & MYERS LLP
7  2765 Sand Hill Road
   Menlo Park, California  94025
8  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
9  Email:        mlandy@omm.com
                 dshah@omm.com
10
   Attorneys for Defendants
11 The PMI Group, Inc., L. Stephen Smith, David H.
   Katkov and Donald P. Lofe, Jr.
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 | IN RE THE PMI GROUP, INC. | Case No.  C 08 1405 SI |
   | SECURITIES LITIGATION | |
16 | | **STIPULATION AND [PROPOSED]** |
   | | **ORDER REGARDING SCHEDULING** |
17 | THIS DOCUMENT RELATES TO: | **MATTERS** |
   | ALL ACTIONS | |
18

19

20

...

28

**STIPULATION**

WHEREAS, on June 20, 2008, the Court requested that the parties file a stipulation setting the date for the filing of the Consolidated Complaint and the briefing schedule for defendants' motion to dismiss the complaint;

WHEREAS, the Court set the hearing on defendants' motion to dismiss for November 21, 2008;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. The Consolidated Complaint shall be filed on or before August 13, 2008.
2. Defendants shall file their motion to dismiss on or before September 22, 2008.
3. Plaintiffs shall file their opposition brief on or before October 22, 2008.
4. Defendants shall file their reply brief on or before November 7, 2008.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: July 15, 2008            By:     /s/ Dhaivat H. Shah
                                        Dhaivat H. Shah

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov and Donald P. Lofe, Jr.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Dated: July 15, 2008            By:     /s/ Jeffrey W. Lawrence
                                        Jeffrey W. Lawrence

Attorneys for Lead Plaintiff
Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated

I, Dhaivat H. Shah, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence has concurred in this filing.

By:  /s/ Dhaivat H. Shah
Dhaivat H. Shah

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  July _____, 2008

The Honorable Susan Illston
United States District Judge

MP1:1021598.2

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO.  C 08 1405 SI