1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
   DANIEL J. PFEFFERBAUM (248631)
3  100 Pine Street, Suite 2600
   San Francisco, CA  94111
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  jeffreyl@csgrr.com
   dpfefferbaum@csgrr.com
6
   Lead Counsel for Plaintiffs
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-01405-SI |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REQUESTING A TWO-WEEK MODIFICATION OF THE BRIEFING SCHEDULE AND HEARING DATE |
| ALL ACTIONS. | |

**STIPULATION**

WHEREAS, on June 20, 2008, the Court appointed the lead plaintiff and lead counsel in this matter and directed the parties to stipulate to a briefing schedule in connection with the consolidated complaint and the defendants anticipated motion to dismiss and that schedule was entered by the Court on July 18, 2008;

WHEREAS, since then the parties have met and conferred through counsel, and hereby stipulate to the following two-week modification of the schedule regarding the consolidated complaint and briefing with defendants' motion to dismiss;

WHEREAS, the parties further request that defendants' motion to dismiss be heard on December 5, 2008, two weeks after the currently scheduled date.

WHEREAS, this request is the first extension sought by any party in connection with this case.

THEREFORE, the parties hereby stipulate that:

1. The consolidated complaint shall be filed on or before August 28, 2008.
2. Defendants shall file their motion to dismiss on or before October 6, 2008.
3. Plaintiffs shall file their opposition brief on or before November 5, 2008.
4. Defendants shall file their reply brief on or before November 21, 2008.
5. The hearing on defendants' motion to dismiss shall also be moved two weeks to December 5, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: August 11, 2008         COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
                               JEFFREY W. LAWRENCE
                               DANIEL J. PFEFFERBAUM


                                   s/ Jeffrey W. Lawrence
                                 JEFFREY W. LAWRENCE

                               100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone:  415/288-4545
                               415/288-4534 (fax)

STIP AND [PROPOSED] ORDER REQUESTING A TWO-WEEK MODIFICATION OF THE
BRIEFING SCHEDULE AND HEARING DATE - 3:08-cv-01405-SI                    - 1 -

|   |   |
|---|---|
|   | Lead Counsel for Plaintiffs |
| DATED:  August 11, 2008 | O'MELVENY & MYERS LLP<br>MEREDITH N. LANDY |
|   | _____s/ Meredith N. Landy_____<br>MEREDITH N. LANDY |
|   | 2765 Sand Hill Road<br>Menlo Park, CA 94025<br>Telephone: 650/473-2600<br>650/473-2601 (fax)<br>mlandy@omm.com |
|   | Attorneys for Defendants |

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Requesting a Two-Week Modification of the Briefing Schedule and Hearing Date.  In compliance with N.D. Cal. Gen. Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

By: s/ Jeffrey W. Lawrence_____
    JEFFREY W. LAWRENCE

\*    \*    \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
    THE HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

T:\CasesSF\PMI Group\S-O00053246.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 11, 2008.

        s/ Jeffrey W. Lawrence
        JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: JeffreyL@csgrr.com

## Mailing Information for a Case 3:08-cv-01405-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,jbaker@omm.com,mpaul@omm.com,jcoakley@omm.com,dshah@omm.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Dhaivat H. Shah**
  dshah@omm.com,bredmond@omm.com

- **Samuel M. Ward**
  sward@barrack.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Alan R. Plutzik
Schiffrein Barroway Topaz & Kessler LLP
2125 Oak Grove Road, Suite 120
08-1806-SI
Walnut Creek, CA 94598

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```