1  COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2  JEFFREY W. LAWRENCE (166806)
    DANIEL J. PFEFFERBAUM (248631)
3  100 Pine Street, Suite 2600
    San Francisco, CA  94111
4  Telephone:  415/288-4545
    415/288-4534 (fax)
5  jeffreyl@csgrr.com
    dpfefferbaum@csgrr.com
6
    Lead Counsel for Plaintiffs
7
                        UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-01405-SI |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER REQUESTING A SEVEN-DAY EXTENSION TO FILE COMPLAINT (NO CHANGE IN HEARING DATE OR COMPLETION OF BRIEFING SCHEDULE) |

1  WHEREAS, the Court has appointed the lead plaintiff and lead counsel and the parties have discussed the filing of a consolidated complaint and briefing schedule;

3  WHEREAS, as a result of several matters that have come up in the last few days lead counsel for the plaintiffs believe that an additional several days are necessary for the proper finalization and review of the consolidated complaint;

6  WHEREAS, defendants have courteously agreed to this brief extension, and

7  WHEREAS, the only change to the briefing schedule is that defendants' initial motion to dismiss will be due on October 14, 2008, with all other dates remaining as previously set.

9  THEREFORE, the parties hereby stipulate that:

10  1.  The consolidated complaint shall be filed on or before September 4, 2008.

11  2.  Defendants shall file their motion to dismiss on or before October 14, 2008.

12  3.  Plaintiffs shall file their opposition brief on or before November 5, 2008 (*unchanged*).

14  4.  Defendants shall file their reply brief on or before November 21, 2008 (*unchanged*).

15  5.  The hearing on defendants' motion to dismiss shall also be moved two weeks to December 12, 2008 at 9:00 a.m. (*unchanged*).

17  IT IS SO STIPULATED.

18  DATED: August 27, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
DANIEL J. PFEFFERBAUM


          s/Jeffrey W. Lawrence
         JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REQUESTING A SEVEN-DAY
EXTENSION TO FILE COMPLAINT - 3:08-cv-01405-SI                                                             - 1 -

| | | |
|---|---|---|
| 1 | DATED: August 27, 2008 | O'MELVENY & MYERS LLP |
| 2 | | MEREDITH N. LANDY |

s/ Meredith N. Landy<br>MEREDITH N. LANDY

2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650/473-2600
650/473-2601 (fax)
mlandy@omm.com

Attorneys for Defendants

I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Requesting a Seven-Day Extension to File Complaint (No Change in Hearing Date or Completion of Briefing Schedule). In compliance with N.D. Cal. Gen. Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

By: s/ Jeffrey W. Lawrence<br>JEFFREY W. LAWRENCE

\*    \*    \*

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

T:\CasesSF\PMI Group\S_ORD00053691.doc

STIPULATION AND [PROPOSED] ORDER REQUESTING A SEVEN-DAY
EXTENSION TO FILE COMPLAINT - 3:08-cv-01405-SI         - 2 -

1                          CERTIFICATE OF SERVICE

2    I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on August 27, 2008.

                                               s/ Jeffrey W. Lawrence
                                              JEFFREY W. LAWRENCE

                                              COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              100 Pine Street, 26th Floor
                                              San Francisco, CA  94111
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)

                                              E-mail:JeffreyL@csgrr.com

STIPULATION AND [PROPOSED] ORDER REQUESTING A SEVEN-DAY
EXTENSION TO FILE COMPLAINT - 3:08-cv-01405-SI                                       - 1 -

## Mailing Information for a Case 3:08-cv-01405-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,jbaker@omm.com,mpaul@omm.com,jcoakley@omm.com,dshah@omm.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com,GDarwish@csgrr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Dhaivat H. Shah**
  dshah@omm.com,bredmond@omm.com

- **Samuel M. Ward**
  sward@barrack.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Alan R. Plutzik
Schiffrein Barroway Topaz & Kessler LLP
2125 Oak Grove Road, Suite 120
08-1806-SI
Walnut Creek, CA 94598

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```