GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
Email:        griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
Email:        mlandy@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION | Case No.  C-08-1405-SI<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING MATTERS** |

**STIPULATION**

WHEREAS, on July 1, 2009, the Court entered its Order Granting In Part And Denying In Part Defendants' Motion To Dismiss the Consolidated Complaint For Violation Of The Securities Laws;

WHEREAS, on July 24, 2009, Lead Plaintiff filed the First Amended Complaint For Violation Of The Federal Securities Laws ("First Amended Complaint");

WHEREAS, Defendants intend to file a motion to dismiss the First Amended Complaint;

WHEREAS, the parties have met and conferred regarding the briefing schedule for Defendants' motion to dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Defendants shall file their motion to dismiss on or before September 2, 2009.
2. Plaintiffs shall file their opposition brief on or before September 29, 2009.
3. Defendants shall file their reply brief on or before October 12, 2009.
4. The hearing on Defendants' motion to dismiss shall be on October 30, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated:  August 3, 2009    By:    /s/ Meredith N. Landy
                                   Meredith N. Landy

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith,
Bradley M. Shuster, David H. Katkov and
Donald P. Lofe, Jr.

|  |  |
|---|---|
|  | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| Dated:  August 3, 2009 | By:      /s/ Jeffrey W. Lawrence<br>          Jeffrey W. Lawrence |
|  | Attorneys for Lead Plaintiff<br>Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated |

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence has concurred in this filing.

By:   /s/ Meredith N. Landy
        Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August  4 , 2009

_____
The Honorable Susan Illston
United States District Judge

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston

MP1:1180774.2

- 2 -   STIPULATION AND [PROPOSED] ORDER
        CASE NO.  C-08-1405-SI