GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601
Email: mlandy@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov, Donald P. Lofe, Jr., and Bradley M. Shuster

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | ) | Case No. C-08-1405-SI<br><br>CLASS ACTION<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: October 30, 2009<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Floor |

## TABLE OF CONTENTS

**Page**

I. REQUEST FOR JUDICIAL NOTICE ..... 1
  A. Documents Incorporated by Reference ..... 1
  B. Required Consideration of Safe Harbor Language ..... 1
  C. Documents Whose Accuracy Cannot Reasonably Be Questioned ..... 2
II. INDEX OF EXHIBITS SUBJECT TO JUDICIAL NOTICE REQUEST ..... 3
III. CONCLUSION ..... 14

## TABLE OF AUTHORITIES


**Page**

**CASES**

*In re BearingPoint, Inc. Sec. Litig.*, 232 F.R.D. 534 (E.D. Va. 2006) ........ 2

*In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857 (N.D. Cal. 2004) ........ 2

*In re Infonet Servs. Corp. Sec. Litig.*, 310 F. Supp. 2d 1106 (C.D. Cal. 2003) ........ 3

*In re Network Assoc., Inc. II Sec. Litig.*, No. C 00-CV-4849, 2003 WL 24051280 (N.D. Cal. Mar. 25, 2003) ........ 2, 3

*In re Pixar Sec. Litig.*, 450 F. Supp. 2d 1096 (N.D. Cal. 2006) ........ 3

*In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399 (9th Cir. 1996) ........ 1

*Laborers' Pension Fund v. Blackmore Sewer Constr., Inc.*, 298 F.3d 600 (7th Cir. 2002) ........ 2

*Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049 (9th Cir. 2008) ........ 2, 3

*Ronconi v. Larkin*, 253 F.3d 423 (9th Cir. 2001) ........ 2

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499 (2007) ........ 1

*Town of Southold v. Town of E. Hampton*, 406 F. Supp. 2d 227 (E.D.N.Y. 2005) ........ 2

**STATUTES**

15 U.S.C. § 78u-5(e) ........ 2

**RULES**

Fed. R. Evid. 201 ........ 1

Fed. R. Evid. 201(b) ........ 2, 3

# I. REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, defendants The PMI Group, Inc. ("PMI"), L. Stephen Smith, David H. Katkov, Donald P. Lofe, Jr., and Bradley M. Shuster respectfully request that the Court take judicial notice of each of the documents listed in Section II, below, in connection with their Motion to Dismiss the First Amended Complaint for Violation of the Federal Securities Laws. In ruling on defendants' previous motion to dismiss, the Court granted defendants' request for judicial notice of these same documents. Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [Docket #46] at 10 n.7. Defendants submit these documents for the same purposes here as they did in their previous request. True and correct copies of these documents are attached to this Request for Judicial Notice as Exhibits 1 through 117.

## A. Documents Incorporated by Reference

The Supreme Court instructs that in ruling on a motion to dismiss a securities fraud complaint, a court must consider "documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499, 2509 (2007); *accord In re Stac Elecs. Sec. Litig.*, 89 F.3d 1399, 1405 n.4 (9th Cir. 1996) (documents whose contents are alleged in the complaint may be considered on a motion to dismiss).

The First Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") cites to and relies upon the following documents attached hereto as exhibits: PMI press releases (Exhibits 15-17, 19-20, 22-24, 26-30), transcripts of PMI conference calls (Exhibits 34-42), GAAP standards and FASB pronouncements (Exhibits 106, 108, 110), SEC filings for PMI (Exhibits 6-8, 10-11, 14), FGIC financial statements (Exhibits 101-104), analyst and news reports (Exhibits 111-112, 114), PMI's Bonus Incentive Plan (Exhibit 113), and PMI's court filings (Exhibits 115-116). *E.g.*, Amend. Compl. ¶¶ 2, 84-85, 97, 99-101, 103, 105, 107, 109, 111, 112-113, 114-117, 120, 123, 125, 127, 131-132, 139, 142, 147, 152, 158, 165-166, 186, 191, 196, 199, 228. Because these documents are referenced in the Complaint, they are the proper subject of judicial notice under the incorporation by reference doctrine.

**B. Required Consideration of Safe Harbor Language**

The Private Securities Litigation Reform Act ("PSLRA") requires the Court to consider any cautionary statements accompanying a forward looking statement to determine whether the forward looking statement is protected from liability by the PSLRA's Safe Harbor. 15 U.S.C. § 78u-5(e); *see also In re Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 864 (N.D. Cal. 2004) (taking judicial notice of conference call transcripts and press releases containing cautionary language).

The attached press releases (Exhibits 15-17, 19-20, 22-24, 27), transcripts of and presentations from PMI conference calls (Exhibits 34-35, 37-42), and SEC filings for PMI (Exhibits 1, 3-8) contain the cautionary statements that accompanied the forward-looking statements alleged in the Complaint and are therefore the proper subject of judicial notice under the PSLRA and the incorporation by reference doctrine.

**C. Documents Whose Accuracy Cannot Reasonably Be Questioned**

Rule of Evidence 201(b) provides that a court shall take judicial notice of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." SEC filings are proper subjects for judicial notice under this standard. *See, e.g.*, *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Ronconi v. Larkin*, 253 F.3d 423, 427 (9th Cir. 2001). PMI's 10Ks, 10Qs, proxy statements, and 8Ks (Exhibits 1-14) and L. Stephen Smith's Form 4s (Exhibit 105) are therefore properly subject to judicial notice.

No reasonable question can exist as to the accuracy of the source of PMI's press releases (Exhibits 15-30) or FGIC's financial statements (Exhibits 99-104) because they are posted on PMI's and FGIC's websites, respectively. *See In re Network Assoc., Inc. II Sec. Litig.*, No. C 00-CV-4849, 2003 WL 24051280, at *1 n.3 (N.D. Cal. Mar. 25, 2003). Courts have also considered and taken judicial notice of similar Internet postings under Rule 201 in other contexts. *See, e.g.*, *Laborers' Pension Fund v. Blackmore Sewer Constr., Inc.*, 298 F.3d 600, 607 (7th Cir. 2002) (taking judicial notice of information from the FDIC's official website); *In re BearingPoint, Inc. Sec. Litig.*, 232 F.R.D. 534, 540 n.9 (E.D. Va. 2006) (allowing judicial notice of statements on a

website); *Town of Southold v. Town of E. Hampton*, 406 F. Supp. 2d 227, 232 n.2 (E.D.N.Y. 2005) ("This Court may take judicial notice of the contents of a website assuming . . . it is capable of accurate and ready determination." (citation & internal quotation marks omitted)). Thus, the press releases attached as Exhibits 15-30 and the financial statements attached as Exhibits 99-104 should be judicially noticed.

The Court may also take judicial notice of the analyst reports covering PMI during the class period (Exhibits 43-98) to establish "whether and when certain information was provided to the market." *In re Infonet Servs. Corp. Sec. Litig.*, 310 F. Supp. 2d 1106, 1116 n.10 (C.D. Cal. 2003) (taking judicial notice of analyst reports on motion to dismiss) (citation and internal quotation marks omitted); *see also In re Network Assoc.*, 2003 WL 24051280, at *1 n.3.

The accuracy of investor and earnings conference call transcripts is also not subject to reasonable dispute, and such transcripts are therefore among the types of documents of which courts may properly take judicial notice. *See, e.g.*, *In re Pixar Sec. Litig.*, 450 F. Supp. 2d 1096, 1100 (N.D. Cal. 2006). Similarly, because accounting rules are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned," they are also subject to judicial notice. *In re Network Assoc.*, 2003 WL 24051280, at *1 n.3. Thus, the transcripts attached as Exhibits 31-42 and the accounting rules attached as Exhibits 106-110 should be judicially noticed. Likewise, PMI's daily stock prices during the class period (Exhibit 117) are proper subjects of judicial notice. *Metzler*, 540 F.3d at 1064 n.7.

## II. INDEX OF EXHIBITS SUBJECT TO JUDICIAL NOTICE REQUEST

Defendants respectfully request judicial notice of the following exhibits:

PMI's SEC Filings

1. PMI's 10K for the period ending December 31, 2005, filed with the United States Securities and Exchange Commission ("SEC") on March 14, 2006, a true and correct copy of which is attached hereto as **Exhibit 1**.

2. PMI's DEF 14A filed April 12, 2006, a true and correct copy of which is attached hereto as **Exhibit 2**.

3. PMI's 10Q for the period ending March 31, 2006, filed with the SEC on May 5, 2006, a true and correct copy of which is attached hereto as **Exhibit 3**.

4. PMI's 10Q for the period ending, June 30, 2006, filed with the SEC on August 8, 2006, a true and correct copy of which is attached hereto as **Exhibit 4**.

5. PMI's 10Q for the period ending, September 30, 2006, filed with the SEC on November 7, 2006, a true and correct copy of which is attached hereto as **Exhibit 5**.

6. PMI's 10K for the period ending December 31, 2006, filed with the SEC on March 1, 2007, a true and correct copy of which is attached hereto as **Exhibit 6**.

7. PMI's 10Q for the period ending March 31, 2007, filed with the SEC on May 7, 2007, a true and correct copy of which is attached hereto as **Exhibit 7**.

8. PMI's 10Q for the period ending June 30, 2007, filed with the SEC on August 6, 2007, a true and correct copy of which is attached hereto as **Exhibit 8**.

9. PMI's 8K for the period ending October 18, 2007, filed with the SEC on October 18, 2007, a true and correct copy of which is attached hereto as **Exhibit 9**.

10. PMI's 10Q for the period ending September 30, 2007, filed with the SEC on November 7, 2007, a true and correct copy of which is attached hereto as **Exhibit 10**.

11. PMI's 10K & 10K/A for the period ending December 31, 2007, filed with the SEC on March 17, 2008 and March 31, 2008 respectively, a true and correct copy of which are attached hereto as **Exhibit 11.**

12. PMI's 8K for the period ending February 8, 2008, filed with the SEC on February 11, 2008, a true and correct copy of which is attached hereto as **Exhibit 12**.

13. PMI's DEF 14 A filed April 8, 2008, a true and correct copy of which is attached hereto as **Exhibit 13**.

14. PMI's 10Q for the period ending March 31, 2008, filed with the SEC on May 12, 2008, a true and correct copy of which is attached hereto as **Exhibit 14**.

PMI Press Releases

15. PMI's February 5, 2007, Earnings Press Release, "The PMI Group, Inc. Reports Record 2006 Net Income Of $419.7 Million, Or $4.57 Per Diluted Share; Fourth Quarter 2006

Net Income Of $100.5 Million, Or $1.19 Per Diluted Share," a true and correct copy of which is attached hereto as **Exhibit 15**.

16. PMI's February 5, 2007, Press Release, "The PMI Group, Inc. Issues 2007 Financial Guidance," a true and correct copy of which is attached hereto as **Exhibit 16**.

17. PMI's March 15, 2007, Press Release, "PMI Provides Statement on Prime Focus of U.S. Mortgage Insurance Business," a true and correct copy of which is attached hereto as **Exhibit 17**.

18. PMI's April 12, 2007, Press Release, "PMI to Release Improved U.S. Market Risk Index(SM) in June 2007," a true and correct copy of which is attached hereto as **Exhibit 18**.

19. PMI's April 30, 2007, Earnings Press Release, "The PMI Group, Inc. Reports First Quarter 2007 Net Income Of $102.0 Million, Or $1.16 Per Diluted Share," a true and correct copy of which is attached hereto as **Exhibit 19**.

20. PMI's April 30, 2007, Press Release, "The PMI Group, Inc. Updates 2007 Financial Guidance," a true and correct copy of which is attached hereto as **Exhibit 20**.

21. PMI Group., Inc.'s June 19, 2007, Press Release, "PMI Releases Summer 2007 Risk Index," a true and correct copy of which is attached hereto as **Exhibit 21**.

22. PMI's July 31, 2007, Earnings Press Release, "The PMI Group, Inc. Reports Second Quarter 2007 Net Income Of $83.8 Million, Or $0.95 Per Diluted Share," a true and correct copy of which is attached hereto as **Exhibit 22**.

23. PMI's July 31, 2007, Press Release, "The PMI Group, Inc. Updates 2007 Financial Guidance," a true and correct copy of which is attached hereto as **Exhibit 23**.

24. PMI's August 20, 2007, Press Release, "PMI Provides Updated Portfolio Characteristics," a true and correct copy of which is attached hereto as **Exhibit 24**.

25. PMI's October 9, 2007, Press Release, "PMI's Fall 2007 Risk Index Shows Risk of Home Price Declines Near All-Time Highs Despite Minor Improvements in Affordability," a true and correct copy of which is attached hereto as **Exhibit 25**.

26. PMI's October 18, 2007, Press Release, "The PMI Group, Inc. Announces Housing, Mortgage and Credit Market Conditions to Adversely Affect Third Quarter 2007 Financial Results," a true and correct copy of which is attached hereto as **Exhibit 26**.

27. PMI's October 30, 2007, Earnings Press Release, "The PMI Group, Inc. Reports Third Quarter 2007 Financial Results," a true and correct copy of which is attached hereto as **Exhibit 27**.

28. PMI's March 3, 2008, Press Release, "The PMI Group, Inc. Reports Preliminary Fourth Quarter 2007 Financial Results for Certain Segments," a true and correct copy of which is attached hereto as **Exhibit 28**.

29. PMI's March 17, 2008, Press Release, "The PMI Group, Inc. Reports Fourth Quarter And Year End 2007 Financial Result," a true and correct copy of which is attached hereto as **Exhibit 29.**

30. PMI's May 12, 2008, Earnings Press Release, "The PMI Group, Inc. Reports First Quarter 2008 Financial Results," a true and correct copy of which is attached hereto as **Exhibit 30**.

Conference Call Transcripts

31. Transcript of PMI's May 4, 2006, Q1 2006 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 31**.

32. Transcript of PMI's August 3, 2006, Q2 2006 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 32**.

33. Transcript of the September 6, 2006, Conference Call - The PMI Group, Inc. at Keefe, Bruyette & Woods Insurance Conference, a true and correct copy of which is attached hereto as **Exhibit 33**.

34. Transcript of PMI's November 2, 2006, Q3 2006 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 34**.

35. Transcript of PMI's February 5, 2007, Q4 2006 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 35**.

36. Transcript of the February 12, 2007, Conference Call - The PMI Group, Inc. at Goldman Sachs Housing Conference, a true and correct copy of which is attached hereto as **Exhibit 36**.

37. Transcript of the February 14, 2007, Conference Call - The PMI Group, Inc. at Merrill Lynch Insurance Investor Conference and PMI presentation used at the conference, a true and correct copy of which are attached hereto as **Exhibit 37**.

38. Transcript of PMI's April 30, 2007, Q1 2007 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 38**.

39. Transcript of the June 26, 2007, Conference Call - The PMI Group, Inc. at Wachovia Securities CEO Summit and PMI presentation used at the conference, a true and correct copy of which are attached hereto as **Exhibit 39**.

40. Transcript of PMI's July 31, 2007, Q2 2007 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 40**.

41. Transcript of the September 10, 2007, Conference Call - The PMI Group, Inc. at Lehman Brothers 5th Annual Financial Services Conference and PMI presentation used at the conference, a true and correct copy of which are attached hereto as **Exhibit 41**.

42. Transcript of PMI's October 30, 2007, Q3 2007 Earnings Conference Call, a true and correct copy of which is attached hereto as **Exhibit 42**.

Analyst Reports

43. 11/16/06 Bear Stearns Report, "PMI Group: Tweaking Assumptions, Updating Estimates," a true and correct copy of which is attached hereto as **Exhibit 43**.

44. 12/11/06 Bear Stearns Report, "MI Premium Tax Deductibility Should Be Positive for Industry Growth Trends," a true and correct copy of which is attached hereto as **Exhibit 44**.

45. 3/29/07 Bear Stearns Report, "Throwing Out the MIs With the Subprime Bath Water - How much Risk is Enough?," a true and correct copy of which is attached hereto as **Exhibit 45**.

46. 9/24/07 Bear Stearns Report, "Mortgage Insurance Initiation of Coverage," a true and correct copy of which is attached hereto as **Exhibit 46**.

47. 2/22/08 Bear Stearns Report, "PMI Delays Q4 Earnings Release, Citing FGIC Uncertainty," a true and correct copy of which is attached hereto as **Exhibit 47**.

48. 3/3/08 Bear Stearns Report, "PMI Reports Preliminary 4Q Results and Delays Filing," a true and correct copy of which is attached hereto as **Exhibit 48**.

49. 2/5/07 Citigroup Report, "PMI Group Inc.: Flash 4Q06 EPS A Bit Below On Higher Losses, Both US & Int'l," a true and correct copy of which is attached hereto as **Exhibit 49**.

50. 10/5/07 Citigroup Report, "PMI Group Inc.: 3Q07 Earnings Preview; Lowering Estimates on Credit," a true and correct copy of which is attached hereto as **Exhibit 50**.

51. 12/16/07 Citigroup Report, "PMI Group Inc: Lowering Estimates and Price Target on Worsening Credit," a true and correct copy of which is attached hereto as **Exhibit 51**.

52. 12/8/06 FBR Research, "Tax Deductibility - One More Positive For the Mortgage Insurers," a true and correct copy of which is attached hereto as **Exhibit 52**.

53. 2/5/07 FBR Research, "PMI Group Inc.: In-Line Quarter, but Solid 2007 Outlook - Raising Price Target to $60," a true and correct copy of which is attached hereto as **Exhibit 53**.

54. 3/30/07 FBR Research, "Mortgage Insurance Monthly: Highest Year-Over-Year Growth Since 2000," a true and correct copy of which is attached hereto as **Exhibit 54**.

55. 12/20/07 FBR Research, "Two Down, One to Go: S&P Weighs in on Bond Insurers," a true and correct copy of which is attached hereto as **Exhibit 55**.

56. 6/5/07 Fitch Ratings, "Across the Board, Delinquencies Are Up: An Analysis of U.S. Private Mortgage Insurance Exposure," a true and correct copy of which is attached hereto as **Exhibit 56**.

57. 1/8/08 FPK Report, "The PMI Group: Initiating Coverage: Good Value For Patient Investors, But Cautious In The Near Term," a true and correct copy of which is attached hereto as **Exhibit 57**.

58. 2/26/08 FPK Report, "The PMI Group: Cutting Q4 Estimate," a true and correct copy of which is attached hereto as **Exhibit 58**.

59. 2/5/07 Goldman Sachs Report, "The PMI Group, Inc.: Maintaining 2007 and 2008 EPS Estimates," a true and correct copy of which is attached hereto as **Exhibit 59**.

60. 8/9/07 Goldman Sachs Report, "Lowering estimates to reflect higher losses. Too early to get excited," a true and correct copy of which is attached hereto as **Exhibit 60**.

61. 10/21/07 Goldman Sachs Report, "Lowering estimates once again following preannouncement," a true and correct copy of which is attached hereto as **Exhibit 61**.

62. 11/2/07 Goldman Sachs Report, "Still too early to be exited. Lowering price targets for the MI's," a true and correct copy of which is attached hereto as **Exhibit 62**.

63. 1/21/08 Goldman Sachs Report, "Transferring coverage; dropping coverage; changing ratings," a true and correct copy of which is attached hereto as **Exhibit 63**.

64. 11/30/06 KBW Equity Research, "Bond Guarantors: MBIA, Inc.," a true and correct copy of which is attached hereto as **Exhibit 64**.

65. 1/9/07 KBW Equity Research, "Mortgage Insurers: 4Q06 Mortgage Insurance Earnings Preview," a true and correct copy of which is attached hereto as **Exhibit 65**.

66. 12/10/07 KBW Equity Research, "Mortgage Insurers: Revising MI Estimates for New KBW Economic Baseline," a true and correct copy of which is attached hereto as **Exhibit 66**.

67. 12/14/07 KBW Equity Research, "2008 Outlook: Mortgage Insurance: 2008," a true and correct copy of which is attached hereto as **Exhibit 67**.

68. 4/11/07 Lehman Brothers Equity Research, "PMI Group: 1Q Credit Strength Should Boost Shares," a true and correct copy of which is attached hereto as **Exhibit 68**.

69. 7/9/07 Lehman Brothers Equity Research, "PMI Group: Revs Growing Faster than Credit Costs," a true and correct copy of which is attached hereto as **Exhibit 69**.

70. 8/1/07 Lehman Brothers Equity Research, "PMI Group: Cutting EPS & PR, But Stk [Stock] Seems Oversold," a true and correct copy of which is attached hereto as **Exhibit 70**.

71. 10/22/07 Lehman Brothers Equity Research, "PMI Group: Downgrading to 3-UW on Poor Credit," a true and correct copy of which is attached hereto as **Exhibit 71**.

72. 12/20/07 Lehman Brothers Equity Research, "PMI Group: S&P Implies FGIC Needs $2B of Capital," a true and correct copy of which is attached hereto as **Exhibit 72**.

73. 1/8/08 Lehman Brothers Equity Research, "PMI Group: Pulling Fwrd Provision for Reserve Build," a true and correct copy of which is attached hereto as **Exhibit 73**.

74. 1/23/08 Lehman Brothers Equity Research, "PMI Group: Cutting Estimates on MTG Preannouncement," a true and correct copy of which is attached hereto as **Exhibit 74**.

75. 11/20/06 Merrill Lynch Report, "Insurance - Non-Life: Mortgage insurer credit concerns overblown," a true and correct copy of which is attached hereto as **Exhibit 75**.

76. 4/2/07 Merrill Lynch Report, "The Monthly Guarantor: Moderate pullbacks in March on mortgage concerns," a true and correct copy of which is attached hereto as **Exhibit 76**.

77. 4/10/07 Merrill Lynch Report, "Insurance - Non-Life: Private mortgage insurance - 1Q earnings preview," a true and correct copy of which is attached hereto as **Exhibit 77**.

78. 8/15/07 Merrill Lynch Report, "PMI Group Inc.: Cutting EPS estimates and price target, but still bullish," a true and correct copy of which is attached hereto as **Exhibit 78**.

79. 9/4/07 Merrill Lynch Report, "The Monthly Guarantor: Credit concerns, but also materially rising demand," a true and correct copy of which is attached hereto as **Exhibit 79**.

80. 10/12/07 Merrill Lynch Report, "Insurance - Non-Life: Private mortgage insurance 3Q earnings preview," a true and correct copy of which is attached hereto as **Exhibit 80**.

81. 1/3/08 Merrill Lynch Report, "Insurance - Non-Life: Bond insurer ratings recap," a true and correct copy of which is attached hereto as **Exhibit 81**.

82. 11/21/06 Moody's Investors Service, "Summary Opinion: PMI Mortgage Insurance Co.," a true and correct copy of which is attached hereto as **Exhibit 82**.

83. 7/11/07 Moody's Investors Service, "Summary Opinion: PMI Mortgage Insurance Co.," a true and correct copy of which is attached hereto as **Exhibit 83**.

84. 11/7/07 Morgan Stanley Report, "PMI Group: Interesting Valuation, But Too Early," a true and correct copy of which is attached hereto as **Exhibit 84**.

85. 12/3/07 Morgan Stanley Report, "Financial Guarantors: Quick Comment: Insured Municipal Volumes Fall Sharply; Penetration Down," a true and correct copy of which is attached hereto as **Exhibit 85**.

86. 1/10/07 PiperJaffray Company Note, "The PMI Group, Inc. Market Perform: Raising Price Target on 2008 Estimates; Maintain Market Perform," a true and correct copy of which is attached hereto as **Exhibit 86**.

87. 2/28/07 PiperJaffray Industry Note, "Weekly Mortgage Update: Prime Credit Remains Solid; Housing Data Mixed," a true and correct copy of which is attached hereto as **Exhibit 87**.

88. 7/13/07 PiperJaffray Industry Note, "This Housing Downturn Has More To Go," a true and correct copy of which is attached hereto as **Exhibit 88**.

89. 1/17/07 Prudential Equity Group, LLC Research, "PMI: Initiating Coverage With An Overweight Rating And $57 Price Target: Best Positioned To Weather Mortgage Credit Concerns, In Our View," a true and correct copy of which is attached hereto as **Exhibit 89**.

90. 2/26/07 Prudential Equity Group, LLC Research, "Mortgage Insurance: Our Estimates Of Subprime Exposures For 2005 And 2006 Vintages," a true and correct copy of which is attached hereto as **Exhibit 90**.

91. 2/5/07 Stifel Nicolaus Report, "Building Reserves, Especially In Australia; Reducing 2007 EPS Estimate," a true and correct copy of which is attached hereto as **Exhibit 91**.

92. 11/27/06 Wachovia Equity Research, "PMI: Upgrading to Outperform from Market Perform Best Risk vs. Reward Tradeoff in MI Space, In Our View," a true and correct copy of which is attached hereto as **Exhibit 92**.

93. 1/29/07 Wachovia Equity Research, "Coupon Resets For Nonprime ARMs - Update," a true and correct copy of which is attached hereto as **Exhibit 93**.

94. 2/28/07 Wachovia Equity Research, "January MICA Data Reported," a true and correct copy of which is attached hereto as **Exhibit 94**.

95. 4/5/07 Wachovia Equity Research, "PMI: Lowering Our 2007 EPS Estimate Loss Mitigation Efforts Less Effective in Weak Housing Market," a true and correct copy of which is attached hereto as **Exhibit 95**.

96. 8/27/07 Wachovia Equity Research, "Existing Home Sales Data Reported For July," a true and correct copy of which is attached hereto as **Exhibit 96**.

97. 8/31/07 Wachovia Equity Research, "July MICA Data Released," a true and correct copy of which is attached hereto as **Exhibit 97**.

98. 10/10/07 Wachovia Equity Research, "PMI: FGIC Provides Credit Update Provides No Hints On Q3 Earnings Impact From Derivatives," a true and correct copy of which is attached hereto as **Exhibit 98**.

FGIC's Financial Statements

99. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending December 31, 2006, a true and correct copy of which is attached hereto as **Exhibit 99**.

100. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending March 31, 2007, a true and correct copy of which is attached hereto as **Exhibit 100**.

101. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending June 30, 2007, a true and correct copy of which is attached hereto as **Exhibit 101**.

102. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending September 30, 2007, a true and correct copy of which is attached hereto as **Exhibit 102**.

103. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending December 31, 2007, a true and correct copy of which is attached hereto as **Exhibit 103**.

104. FGIC Corporation and Subsidiaries Consolidated Financial Statements for period ending March 31, 2008, a true and correct copy of which is attached hereto as **Exhibit 104**.

L. Stephen Smith's Form 4s

105. Form 4s for L. Stephen Smith for trade dates, 12/7/06, 1/3/07, 2/2/07, 2/6/07, 3/1/07; 4/16/07, 4/19/07, 4/20/07, 5/1/07, true and correct copies of which are attached hereto as **Exhibit 105**.

GAAP and FASB Regulations, Interpretations, and Pronouncements

106. Financial Standards Accounting Board: Statement of Financial Accounting Standards No. 5 - Accounting for Contingencies, as amended, a true and correct copy of which is attached hereto as **Exhibit 106**.

107. Financial Standards Accounting Board: Statement of Financial Accounting Concepts No. 5 - Recognition and Measurement of Financial Statements in Business Enterprises, as amended, a true and correct copy of which is attached hereto as **Exhibit 107**.

108. APB Opinion No. 18: The Equity Method of Accounting for Investments in Common Stock, a true and correct copy of which is attached hereto as **Exhibit 108**.

109. APB Opinion No. 22: Disclosure of Accounting Policies, a true and correct copy of which is attached hereto as **Exhibit 109**.

110. Securities and Exchange Commission Staff Accounting Bulletin No. 59, a true and correct copy of which is attached hereto as **Exhibit 110**.

Miscellaneous

111. Bloomberg.com article, dated October 19, 2007, “PMI, Mortgage Insurers Fall on S&P Rating Action (Update1),” a true and correct copy of which is attached hereto as **Exhibit 111**.

112. January 8, 2008, Associated Press Article, Sector Wrap: Mortgage Insurers: “Mortgage Insurers Fall As Lehman Says Larger Reserves Will be Needed to Cover Growth In Claims,” a true and correct copy of which is attached hereto as **Exhibit 112**.

113. The PMI Group, Inc. Bonus Incentive Plan, September 19, 2007, Amendment and Restatement, a true and correct copy of which is attached hereto as **Exhibit 113**.

114. U.S. Census Bureau News Joint Release, U.S. Department of Housing an Urban Development, “New Residential Construction in December 2007,” a true and correct copy of which is attached hereto as **Exhibit 114**.

115. First Amended Answer to Amended Complaint and Counterclaims of PMI Group, Inc. in *Novastar Financial, Inc. v PMI Mortgage Insurance Co.*, Case No. 03-2498-CM, filed on

July 17, 2007, in the United States District Court for the District of Kansas, a true and correct copy of which is attached hereto as **Exhibit 115**.

116. Complaint of PMI Mortgage Insurance Co. and PMI Guaranty Co. For Misrepresentation And Breach of Contract, in *PMI Mortgage Insurance Co. v. WMC Mortgage Corp.*, Case No. BC 381972, filed on December 7, 2007, in the Superior Court of the State of California, County of Los Angeles, a true and correct copy of which is attached hereto as **Exhibit 116**.

117. Yahoo Stock Chart of PMI Group, Inc. Daily Stock Prices During Class Period, a true and correct copy of which is attached hereto as **Exhibit 117**.

## III. CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court take judicial notice of the above-referenced Exhibits.

Dated: September 2, 2009

GEORGE A. RILEY
MEREDITH N. LANDY
O'MELVENY & MYERS LLP

By: /s/
George A. Riley

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, David H. Katkov, Donald P. Lofe, Jr., and Bradley M. Shuster

MP1:1182333.1