COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE (166806)
DANIEL J. PFEFFERBAUM (248631)
GREGORY P. FREEMON (242062)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
jeffreyl@csgrr.com
dpfefferbaum@csgrr.com
gfreemon@csgrr.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-01405-SI |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS |
| ALL ACTIONS. | |

WHEREAS, on July 24, 2009, lead plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust filed the First Amended Complaint for Violation of the Federal Securities Laws ("First Amended Complaint");

WHEREAS, on August 4, 2009, the Court entered an order setting a briefing schedule for its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss;

WHEREAS, defendants filed their Motion to Dismiss First Amended Complaint for Violation of the Federal Securities Laws ("Motion to Dismiss") on September 2, 2009; and

WHEREAS, the parties have met and conferred regarding modifying the briefing schedule for defendants' Motion to Dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Plaintiffs shall file their opposition brief on or before October 7, 2009;

2. Defendants shall file their reply brief on or before October 30, 2009; and

3. The hearing on defendants' Motion to Dismiss shall be on November 13, 2009 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: September 29, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
DANIEL J. PFEFFERBAUM
GREGORY P. FREEMON


/s/
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS –
3:08-cv-01405-SI  - 1 -

| | | |
|---|---|---|
|1| DATED:  September 29, 2009 | O'MELVENY & MYERS LLP<br>MEREDITH N. LANDY |

                                                    /s/
                                         MEREDITH N. LANDY

2765 Sand Hill Road
Menlo Park, CA  94025
Telephone:  650/473-2671
650/473-2601 (fax)

Attorneys for Defendants The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr.

     I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

DATED:  September 29, 2009

                                                    /s/
                                       JEFFREY W. LAWRENCE

                          *     *     *

**O R D E R**

     Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____  _____
                                       THE HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE

S:\casesSD\pmi Group\sTP00062025.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 29, 2009.

    s/ Jeffrey W. Lawrence
JEFFREY W. LAWRENCE

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: jeffreyl@csgrr.com

**Mailing Information for a Case 3:08-cv-01405-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,mpaul@omm.com,jcoakley@omm.com,bredmond@omm.com

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,jdecena@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Daniel Jacob Pfefferbaum**
  aserros@csgrr.com,DPfefferbaum@csgrr.com,khuang@csgrr.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **George A. Riley**
  griley@omm.com,lsarson@omm.com,cchiu@omm.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Dhaivat H. Shah**
  dshah@omm.com,jcoakley@omm.com,bredmond@omm.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com,kisbell@barrack.com

- **Shawn A. Williams**
  shawnw@csgrr.com,FileRoomSF@csgrr.com,jdecena@csgrr.com,FileRoomSD@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csg

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Alan R. Plutzik
Barroway Topaz Kessler Meltzer & Check LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```