1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111-3823
3  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
4  Email:        griley@omm.com

5  MEREDITH N. LANDY (S.B. #136489)
   O'MELVENY & MYERS LLP
6  2765 Sand Hill Road
   Menlo Park, California  94025
7  Telephone:    (650) 473-2600
   Facsimile:    (650) 473-2601
8  Email:        mlandy@omm.com

9  Attorneys for Defendants
   The PMI Group, Inc., L. Stephen Smith, Bradley M.
10 Shuster, David H. Katkov and Donald P. Lofe, Jr.

11

12              **UNITED STATES DISTRICT COURT**

13            **NORTHERN DISTRICT OF CALIFORNIA**

14 IN RE THE PMI GROUP, INC.              Case No.  C-08-1405-SI
   SECURITIES LITIGATION
15                                        CLASS ACTION

16 THIS DOCUMENT RELATES TO:              **STIPULATION AND [PROPOSED]**
   ALL ACTIONS                            **ORDER EXTENDING TIME TO FILE**
17                                        **ANSWER TO FIRST AMENDED**
                                          **COMPLAINT**
18

19

20

21

22

23

24

25

26

27

28

                                         STIPULATION AND [PROPOSED] ORDER
                                         CASE NO.  C-08-1405-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

WHEREAS, on July 24, 2009, Lead Plaintiff filed the First Amended Complaint For Violation Of The Federal Securities Laws ("First Amended Complaint");

WHEREAS, on September 2, 2009, defendants The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr. (collectively, "Defendants") filed a motion to dismiss the First Amended Complaint;

WHEREAS, on November 2, 2009, the Court entered an Order Denying Defendants' Motion to Dismiss First Amended Complaint;

WHEREAS, Defendants' Answer to the First Amended Complaint is currently due on or before November 17, 2009;

WHEREAS, the parties have met and conferred regarding the filing of Defendants' Answer to the First Amended Complaint;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1.     Defendants shall file their Answer to the First Amended Complaint on or before December 21, 2009.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP


Dated:  November __, 2009                    By:_____/s/ Meredith N. Landy_____
                                                                        Meredith N. Landy

                                                            Attorneys for Defendants
                                                            The PMI Group, Inc., L. Stephen Smith,
                                                            Bradley M. Shuster, David H. Katkov and
                                                            Donald P. Lofe, Jr.

1

2                                                    COUGHLIN STOIA GELLER RUDMAN &
                                                     ROBBINS LLP
3

4    Dated:  November __, 2009                        By:_____/s/ Jeffrey W. Lawrence_____
                                                                 Jeffrey W. Lawrence
5
                                                     Attorneys for Lead Plaintiff
6                                                    Locals 302 and 612 of the International Union
                                                     of Operating Engineers-Employers
7                                                    Construction Industry Retirement Trust,
                                                     Individually and on Behalf of All Others
8                                                    Similarly Situated

9

10

11          I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this

12   Stipulation and [Proposed] Order Extending Time to File Answer to First Amended Complaint.

13   In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence has

14   concurred in this filing.

15                                                   By:  /s/ Meredith N. Landy _____

16                                                             Meredith N. Landy

17                                          **O R D E R**

18          PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20   DATED:  November 16 2009                        _____
                                                     The Honorable Susan Illston
21                                                   United States District Judge

22

23

24

25

26

27

28

                                        - 2 -          STIPULATION AND [PROPOSED] ORDER
                                                       CASE NO.  C-08-1405-SI