1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Two Embarcadero Center, 28th Floor
   San Francisco, California 94111-3823
3  Telephone:     (415) 984-8700
   Facsimile:     (415) 984-8701
4  Email:         griley@omm.com

5  MEREDITH N. LANDY (S.B. #136489)
   PETER T. SNOW (S.B. #222117)
6  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
7  Menlo Park, California  94025
   Telephone:     (650) 473-2600
8  Facsimile:     (650) 473-2601
   Email:         mlandy@omm.com
9                 psnow@omm.com

10 Attorneys for Defendants
   The PMI Group, Inc., L. Stephen Smith, Bradley M.
11 Shuster, David H. Katkov and Donald P. Lofe, Jr.

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15 | IN RE THE PMI GROUP, INC. | Case No.  C-08-1405-SI
   | SECURITIES LITIGATION     |
16 |                           | CLASS ACTION

17 | THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED]**
   | ALL ACTIONS               | **ORDER REGARDING SCHEDULING**
18 |                           | **MATTERS**

19

20

21

22

23

24

25

26

27

28

1                                    **STIPULATION**

2          WHEREAS, on July 24, 2009, Lead Plaintiff filed the First Amended Complaint For

3   Violation Of The Federal Securities Laws ("First Amended Complaint");

4          WHEREAS, on September 2, 2009, defendants The PMI Group, Inc., L. Stephen Smith,

5   Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr. (collectively, "Defendants") filed a

6   motion to dismiss the First Amended Complaint;

7          WHEREAS, on November 2, 2009, the Court entered an Order Denying Defendants'

8   Motion to Dismiss First Amended Complaint and set a Case Management Conference for

9   December 16, 2009, at 2:30 p.m.;

10         WHEREAS, on November 16, 2009, pursuant to the parties' stipulation, the Court entered

11  an order extending Defendants' time to file their Answer to the First Amended Complaint to

12  December 21, 2009;

13         WHEREAS, the parties have met and conferred, and due to scheduling conflicts of

14  Defendants' counsel, agree that a brief continuance of the Case Management Conference is

15  necessary and that additional time is necessary for Defendants to respond to the First Amended

16  Complaint;

17         WHEREAS, a continuance of the Case Management Conference and an extension of time

18  for Defendants to file their Answer to the First Amended Complaint will not otherwise affect the

19  schedule for the case, including discovery;

20         WHEREAS, the parties have agreed to exchange their initial disclosures pursuant to

21  Federal Rule of Civil Procedure 26 no later than December 21, 2009;

22         WHEREAS, the parties have agreed that discovery may commence on December 16,

23  2009, as if the Case Management Conference were held on that date;

24         NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

25  request that the Court enter an order, as follows:

26         1.      The Case Management Conference shall be continued to February 19, 2010, at

27  2:30 p.m.

28         //

                                          STIPULATION AND [PROPOSED] ORDER
                                                    CASE NO.  C-08-1405-SI

1       2.       Defendants shall file their Answer to the First Amended Complaint on or before

2 January 21, 2010.

3       IT IS SO STIPULATED.

4                                   O'MELVENY & MYERS LLP

5

6 Dated:  December 9, 2009               By:_____ /s/ Meredith N. Landy_____
                                         Meredith N. Landy

7

8                                   Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith,
Bradley M. Shuster, David H. Katkov and

9                                   Donald P. Lofe, Jr.

10

11                                   COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP

12

13 Dated:  December 9, 2009               By:_____ /s/ Jeffrey W. Lawrence_____
                                           Jeffrey W. Lawrence

14

15                                   Attorneys for Lead Plaintiff
Locals 302 and 612 of the International Union
of Operating Engineers-Employers

16                                   Construction Industry Retirement Trust,
Individually and on Behalf of All Others

17                                   Similarly Situated

18

19

20       I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this

21 Stipulation and [Proposed] Order Continuing Case Management Conference and Extending Time

22 to File Answer to First Amended Complaint.  In compliance with General Order 45, X.B., I

23 hereby attest that Jeffrey W. Lawrence has concurred in this filing.

24                               By:  /s/ Meredith N. Landy _____

25                                      Meredith N. Landy

26

27

28

                                      - 2 -     STIPULATION AND [PROPOSED] ORDER
                                                            CASE NO.  C-08-1405-SI

1

# **O R D E R**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:  December __, 2009                    _____

5                                                 The Honorable Susan Illston
                                                  United States District Judge

6    MP1:1186862.2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                    STIPULATION AND [PROPOSED] ORDER
                                                  CASE NO.  C-08-1405-SI