GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701
Email:         griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
Email:         mlandy@omm.com
                psnow@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, Bradley M.
Shuster, David H. Katkov and Donald P. Lofe, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION | Case No.  C-08-1405-SI |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |

**STIPULATION**

WHEREAS, on July 24, 2009, Lead Plaintiff filed the First Amended Complaint For Violation Of The Federal Securities Laws ("First Amended Complaint");

WHEREAS, on September 2, 2009, defendants The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr. (collectively, "Defendants") filed a motion to dismiss the First Amended Complaint;

WHEREAS, on November 2, 2009, the Court entered an Order Denying Defendants' Motion to Dismiss First Amended Complaint;

WHEREAS, on November 16, 2009, pursuant to the parties' stipulation, the Court entered an order extending Defendants' time to file their Answer to the First Amended Complaint to December 21, 2009;

WHEREAS, on December 14, 2009, pursuant to the parties' stipulation, the Court entered an order extending Defendants' time to file their Answer to the First Amended Complaint to January 21, 2010;

WHEREAS, the parties have met and conferred and have agreed that Defendants may have an additional extension of time to respond to the First Amended Complaint, which will not otherwise affect the schedule for the case, including discovery;

WHEREAS, discovery has commenced, and the parties exchanged their initial disclosures pursuant to Federal Rule of Civil Procedure 26 on December 21, 2009;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

//
//
//
//
//
//
//

1. Defendants shall file their Answer to the First Amended Complaint on or before February 11, 2010.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: January __, 2010         By:      /s/
                                    Meredith N. Landy

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr.

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

Dated: January __, 2010         By:      /s/
                                    Jeffrey W. Lawrence

Attorneys for Lead Plaintiff
Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to File Answer to First Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Jeffrey W. Lawrence has concurred in this filing.

By:   /s/ Meredith N. Landy
        Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January __, 2010

_____
The Honorable Susan Illston
United States District Judge