| | |
|---|---|
| IN RE: THE PMI GROUP, INC., SECURITIES LITIGATION<br><br>        Defendant.<br>_____/ | No. C 08-01405 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 30, 2010</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

MOTION TO CERTIFY THE CLASS: <u>August 13, 2010, at 9:00 a.m.</u>
(File Motion: 5/6/10, File Opposition: 6/17/10, File Reply: 7/29/10)

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 28, 2011</u>.

DESIGNATION OF EXPERTS: <u>2/25/11</u>; REBUTTAL: <u>3/25/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>April 8, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>April 29, 2011</u>;

    Opp. Due <u>June 10, 2011</u>; Reply Due <u>July 15, 2010</u>;

    and set for hearing no later than <u>July 29, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>September 20, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>October 3, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation in April 2010.
Counsel shall inform the Court of the mediator selected by 3/5/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                   SUSAN ILLSTON
                                                   United States District Judge