
BEIJING  
BRUSSELS  
CENTURY CITY  
HONG KONG  
LONDON  
LOS ANGELES  

2765 Sand Hill Road  
Menlo Park, California 94025  

TELEPHONE (650) 473-2600  
FACSIMILE (650) 473-2601  
www.omm.com  

NEW YORK  
SAN FRANCISCO  
SHANGHAI  
SINGAPORE  
TOKYO  
WASHINGTON, D.C.  

March 5, 2010

**VIA E-FILING**

WRITER'S DIRECT DIAL  
(650) 473-2671

The Honorable Susan Illston  
United States District Court  
Northern District of California  
450 Golden Gate Avenue  
San Francisco, CA

WRITER'S E-MAIL ADDRESS  
mlandy@omm.com

Re: *In re The PMI Group, Inc. Securities Litigation, Case No. C-08-1405-SI*

Dear Judge Illston:

    I am writing to inform the Court that the parties have selected Layn R. Phillips of Irell & Manella LLP as mediator. Due to scheduling conflicts, however, the parties will not be able to participate in mediation in April 2010, as they previously informed the Court. The parties now plan to participate in mediation with Judge Phillips (Ret.) in June 2010. Accordingly, the parties request that the Case Management Conference set for April 30, 2010 be vacated and rescheduled in July 2010, after the parties have had the opportunity to participate in mediation. The parties otherwise intend to adhere to the pretrial schedule ordered by the Court.

Sincerely,

/S/  
Meredith N. Landy  
for O'MELVENY & MYERS LLP

cc: Daniel S. Drosman, Esq. (Counsel to Lead Plaintiffs)

The case management has been continued to Friday, July 9, 2010, at 3 p.m.

**IT IS SO ORDERED**  
Judge Susan Illston