ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (200643)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
ddrosman@rgrdlaw.com
       – and –
DANIEL J. PFEFFERBAUM (248631)
PHILLIP G. FREEMON (242062)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
dpfefferbaum@rgrdlaw.com
gfreemon@rgrdlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | Master File No. 3:08-cv-01405-SI |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF MALCOLM J. AUBLE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | |
| | DATE:  August 13, 2010<br>TIME:  9:00 a.m.<br>COURTROOM: The Honorable Susan Illston |

514564_1

I, Malcolm J. Auble, pursuant to 28 U.S.C. §1746, declare as follows:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification filed by lead plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust (the "Operating Engineers Trust" or the "Trust") to have this action certified as a class action and to have the Operating Engineers Trust appointed class representative. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the Chairman of the Board of Trustees of the Operating Engineers Trust and have served in that capacity since October 30, 2008. Prior to that, I served as a trustee of the Trust since January 2000. The Operating Engineers Trust is a joint labor-management Trust created for the purpose of providing retirement and associated death benefits for participants and their beneficiaries. The Operating Engineers Trust constitutes one of the largest building trades pension benefit Trusts in the Pacific Northwest, with thousands of participants. The Trust's assets, as of March 31, 2010, were in excess of $2 billion. The Board of Trustees is the named fiduciary for the Trust and oversees the administration of the Trust's operations, including adopting a retirement plan and supervising the administration of pension benefits and the management of the retirement fund's investment portfolio to carry out the retirement plan. The Trustees are charged with duties such as administering the Trust, collecting and enforcing payment of contributions, appointing investment managers, investing funds and employing personnel necessary to administer the Trust.

3. As the Chairman of the Board of Trustees, I am in constant contact with the Trust's third-party administrator with regard to ongoing administration, and I attend regular meetings of the Board. My responsibilities as the Chairman also include overseeing lawsuits and other legal matters in which the Operating Engineers Trust is involved, including this litigation. The Trust's transactions in The PMI Group, Inc. securities that are the subject of this litigation are set forth in the documents attached hereto as Exhibit A. As the Trust's Chairman of the Board of Trustees, I have been authorized to seek appointment as class representative in this action on behalf of the Trust.

4. The Operating Engineers Trust retained Robbins Geller Rudman & Dowd LLP ("Robbins Geller," formerly known as Coughlin Stoia Geller Rudman & Robbins LLP) in May 2008

to represent it in this matter, including filing a motion to appoint the Operating Engineers Trust as lead plaintiff. The Court appointed the Operating Engineers Trust as lead plaintiff on June 20, 2008. Since that appointment, the Operating Engineers Trust has been actively involved in the prosecution of this case.

5. As the Chairman of the Board of Trustees, I have supervised and monitored the progress of this litigation and actively participated in the prosecution of this case. For example, I have:

(a) received regular status reports from counsel;

(b) participated in discussions with counsel concerning significant developments in this litigation;

(c) reviewed pleadings provided by counsel that were filed in this matter;

(d) been involved in providing information responsive to defendants' discovery requests; and

(e) consulted with lead counsel regarding all settlement efforts.

6. The Operating Engineers Trust understands the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors and others with meaningful losses to seek to direct securities class actions. The Trust is a large, sophisticated institutional investor who is committed to vigorously prosecuting this litigation. The Board of Trustees and I understand the duties and responsibilities of a class representative and believe that the Operating Engineers Trust has demonstrated to the Court, through its actions in this case, that it possesses the sophistication, expertise and resources to supervise this litigation and its counsel effectively. As the Chairman of the Board of Trustees, I have kept, and will continue to keep, fully informed of the status and progress of this action, the strengths and weaknesses of the case and the prospects for settlement. I and the Board of Trustees have consulted, and will continue to consult, with counsel regarding major litigation events, such as important motions, settlement discussions, trial preparation and trial, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of counsel's advice. It is my intention to continue to supervise, monitor and

1 participate in the ongoing prosecution of this action and to take all necessary steps to ensure that the Operating Engineers Trust fulfills its fiduciary obligations as a lead plaintiff and class representative.

7. As the Chairman of the Board of Trustees, I will testify at a deposition and trial in this matter, if called upon to do so.

8. As the Chairman of the Board of Trustees, I understand that the Board of Trustees of the Operating Engineers Trust, including myself, owes a fiduciary duty as lead plaintiff to all members of the proposed class to provide fair and adequate representation and to continue to work actively with class counsel to obtain the largest recovery for the proposed class consistent with good faith and meritorious advocacy.

9. The Operating Engineers Trust will not accept any payment for serving as a class representative beyond its *pro rata* share of any recovery, except such reasonable costs and expenses, including lost wages of its board members or administrator directly relating to the representation of the class, as ordered or approved by the Court. The Operating Engineers Trust will fairly and adequately represent the class as it understands that its interests are aligned with the interests of the other members of the class. The Operating Engineers Trust is not aware of any evidence of antagonism between its interests and the interests of class members.

10. The Operating Engineers Trust retained the law firm of Robbins Geller to serve as lead counsel in this action. The Operating Engineers Trust believes its counsel possesses the requisite expertise in nationwide securities class action litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5 day of May, 2010, at Bothell, Wa.

_____
MALCOLM J. AUBLE

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at: http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2010.

 s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ddrosman@rgrdlaw.com

514564_1

## Mailing Information for a Case 3:08-cv-01405-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,dschroeder@bramsonplutzik.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,mpaul@omm.com,jcoakley@omm.com

- **Jeffrey W. Lawrence**
  jeffreyl@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com,kisbell@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Alan R. Plutzik
Barroway Topaz Kessler Meltzer & Check LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

Dhaivat H. Shah
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```