| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP |
| 2 | DANIEL S. DROSMAN (200643) <br> 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA  92101 <br> Telephone:  619/231-1058 |
| 4 | 619/231-7423 (fax) <br> ddrosman@rgrdlaw.com |
| 5 |     – and – <br> DANIEL J. PFEFFERBAUM (248631) |
| 6 | PHILLIP G. FREEMON (242062) <br> 100 Pine Street, Suite 2600 |
| 7 | San Francisco, CA  94111 <br> Telephone:  415/288-4545 |
| 8 | 415/288-4534 (fax) <br> dpfefferbaum@rgrdlaw.com |
| 9 | gfreemon@rgrdlaw.com |
| 10 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re THE PMI GROUP, INC. SECURITIES LITIGATION | ) ) ) | Master File No. 3:08-cv-01405-SI |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) | DECLARATION OF DANIEL S. DROSMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | ) ) | |

DATE:     August 13, 2010  
TIME:     9:00 a.m.  
COURTROOM: The Honorable Susan Illston

521810_1

1  I, DANIEL S. DROSMAN, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted to practice before this Court. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit 1:  Firm Résumé of Robbins Geller Rudman & Dowd LLP.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 6th day of May, 2010, at San Diego, California.

                                              s/ DANIEL S. DROSMAN
                                              DANIEL S. DROSMAN

# CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following Designated Internet Site at: http://securities.stanford.edu.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2010.

s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  ddrosman@rgrdlaw.com

521810_1

## Mailing Information for a Case 3:08-cv-01405-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,dschroeder@bramsonplutzik.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,mpaul@omm.com,jcoakley@omm.com

- **Jeffrey W. Lawrence**
  jeffreyl@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com,kisbell@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine J Kowalewski
Lerach Coughlin et al LLP
655 W Broadway #1900
San Diego, CA 92101

Alan R. Plutzik
Barroway Topaz Kessler Meltzer & Check LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

Dhaivat H. Shah
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025

David C. Walton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101-3301
```