GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701
Email:        griley@omm.com

MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:    (650) 473-2600
Facsimile:    (650) 473-2601
Email:        mlandy@omm.com
              psnow@omm.com

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, Bradley M.
Shuster, David H. Katkov and Donald P. Lofe, Jr.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE PMI GROUP, INC. SECURITIES LITIGATION | Case No.  C-08-1405-SI<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CASE NO.  C-08-1405-SI

**STIPULATION**

WHEREAS, on February 19, 2010, the Court set a Case Management Conference for April 30, 2010;

WHEREAS, on March 9, 2010, the Court entered an order continuing the Case Management Conference to July 9, 2010, at 3 p.m., to allow the parties to participate in a mediation in June 2010;

WHEREAS, the parties participated in a mediation before Judge Layn R. Phillips (Ret.) on June 10, 2010;

WHEREAS, the parties have agreed to participate in a second mediation before Judge Phillips on July 13, 2010;

WHEREAS, the parties have met and conferred and wish to reschedule the July 9, 2010 Case Management Conference until after the parties have had the opportunity to participate in the second mediation;

WHEREAS, parties otherwise intend to adhere to the pretrial schedule ordered by the Court;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. The Case Management Conference scheduled for July 9, 2010, shall be continued to July 30, 2010, at 3 p.m.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated:  June __, 2010                    By:_____/s/_____
                                                Meredith N. Landy

Attorneys for Defendants
The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-08-1405-SI

|   |   |
|---|---|
| Dated:  June __, 2010 | ROBBINS GELLER RUDMAN & DOWD LLP<br><br>By:      /s/<br>         Daniel J. Pfefferbaum<br><br>Attorneys for Lead Plaintiff<br>Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, Individually and on Behalf of All Others Similarly Situated |

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Daniel J. Pfefferbaum has concurred in this filing.

By:  /s/ Meredith N. Landy
     Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2010     _____
                                The Honorable Susan Illston
                                United States District Judge