1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  DANIEL S. DROSMAN (200643)
   655 West Broadway, Suite 1900
3  San Diego, CA  92101
   Telephone:  619/231-1058
4  619/231-7423 (fax)
   ddrosman@rgrdlaw.com
5         – and –
   DANIEL J. PFEFFERBAUM (248631)
6  PHILLIP G. FREEMON (242062)
   100 Pine Street, Suite 2600
7  San Francisco, CA  94111
   Telephone:  415/288-4545
8  415/288-4534 (fax)
   dpfefferbaum@rgrdlaw.com
9  gfreemon@rgrdlaw.com

10 Lead Counsel for Plaintiffs

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13 | In re THE PMI GROUP, INC. SECURITIES | ) | Master File No. 3:08-cv-01405-SI
   | LITIGATION | ) |
14 | _____ | ) | <u>CLASS ACTION</u>
   |  | ) |
15 | This Document Relates To: | ) | STIPULATION AND [PROPOSED] ORDER
   |  | ) | VACATING FURTHER CASE
16 |         ALL ACTIONS. | ) | MANAGEMENT CONFERENCE
   | _____ | ) |
17

...

572230_1

1  WHEREAS, this Court's Order of July 1, 2010 continued the further case management conference in this matter until July 30, 2010 at 3 p.m.;

3  WHEREAS, having attended two mediation sessions with Judge Layn R. Phillips (Ret.), most recently on July 13, 2010, the parties' counsel have reached an agreement in principle to settle this litigation and have executed a memorandum of understanding;

6  WHEREAS, the parties have met and conferred and believe it is appropriate to vacate the July 30, 2010 further case management conference.

8  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order as follows:

10  1.  The further case management conference scheduled for July 30, 2010 at 3 p.m. shall be vacated.

12  IT IS SO STIPULATED.

DATED:  July 19, 2010          ROBBINS GELLER RUDMAN
                                 & DOWD LLP
                               DANIEL S. DROSMAN


                                       s/ DANIEL S. DROSMAN
                                      DANIEL S. DROSMAN

                               655 West Broadway, Suite 1900
                               San Diego, CA  92101
                               Telephone:  619/231-1058
                               619/231-7423 (fax)

                               ROBBINS GELLER RUDMAN
                                 & DOWD LLP
                               DANIEL J. PFEFFERBAUM
                               PHILLIP G. FREEMON
                               100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone:  415/288-4545
                               415/288-4534 (fax)

                               Lead Counsel for Plaintiffs

| | |
|---|---|
| DATED: July 19, 2010 | O'MELVENY & MYERS LLP<br>MEREDITH N. LANDY<br>PETE SNOW |
| | _____s/ MEREDITH N. LANDY_____<br>MEREDITH N. LANDY |
| | 2765 Sand Hill Road<br>Menlo Park, CA  94025<br>Telephone:  650/473-2600<br>650/473-2601 (fax) |
| | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111<br>Telephone:  415/984-8700<br>415/984-8701 (fax) |
| | Attorneys for Defendants The PMI Group, Inc., L. Stephen Smith, Bradley M. Shuster, David H. Katkov and Donald P. Lofe, Jr. |

I, DANIEL S. DROSMAN, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Case Management Conference.  In compliance with General Order No. 45, X.B., I hereby attest that Meredith N. Landy of O'Melveny & Myers LLP has concurred in this filing.

_____s/ DANIEL S. DROSMAN_____
DANIEL S. DROSMAN

The cmc is continued to 9/3/10 @ 3 p.m. unless the hearing on preliminary approval occurs first.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 19, 2010.

   s/ DANIEL S. DROSMAN
DANIEL S. DROSMAN

ROBBINS GELLER RUDMAN
    &amp; DOWD LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ddrosman@rgrdlaw.com

**Mailing Information for a Case 3:08-cv-01405-SI**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Daniel S. Drosman**
  DanD@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,dschroeder@bramsonplutzik.com

- **Catherine J. Kowalewski**
  katek@rgrdlaw.com

- **Meredith N. Landy**
  mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,mpaul@omm.com,jcoakley@omm.com

- **Jeffrey W. Lawrence**
  jeffreyl@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Daniel Jacob Pfefferbaum**
  DPfefferbaum@rgrdlaw.com,khuang@rgrdlaw.com,gfreemon@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees Represented by Local 85 of the Amalgamated Transit Union**
  sward@barrack.com

- **George A. Riley**
  griley@omm.com,lperez@omm.com,cchiu@omm.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Samuel M. Ward**
  sward@barrack.com,lxlamb@barrack.com,kisbell@barrack.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,travisd@rgrdlaw.com,cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Alan R. Plutzik
Barroway Topaz Kessler Meltzer & Check LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

Dhaivat H. Shah
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
```